EARTHJUSTICE

February 14, 2020

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Letter Under Federal Rule of Appellate Procedure 28(j) in *Physicians for Social Responsibility v. Wheeler*, No. 19-5104 – Oral Argument Scheduled for February 19, 2020

Dear Mr. Langer:

Appellants write to advise the Court of *Natural Resources Defense Council v. EPA*, No. 19-cv-05174 (S.D.N.Y. Feb. 20, 2020), which holds that challenges to the EPA directive at issue in this appeal are justiciable and not committed to discretion by law, and that the directive is arbitrary and capricious. Slip op. at 15-18, 19-28. A copy of the decision is attached as Attachment 1.

Citing the "strong presumption" that Congress does not intend to prohibit judicial review of agency action, the court held that the laws and regulations governing federal advisory committees provide manageable standards for review of the directive. *Id.* at 18. The court then held that EPA acted arbitrarily and capriciously by, among other things, failing to explain why the prior ethics regime "was no longer deemed sufficient" and "why an outright ban on EPA grant recipients would improve the existing policies that required demanding and continuous conflict of interest reviews." *Id.* at 22.

Without analyzing applicable authorities, the court stated that Office of Government Ethics regulations are a floor, not a ceiling, with respect to advisory committee members. *Id*. The court also stated that the plaintiff "ha[d] provided no basis to find that it may bring a lawsuit to enforce [the supplemental ethics regulation procedures of 5 C.F.R. § 2635.105(a)]," but did not address the prior approval requirement of § 2638.602. *Id*. at 31.

The court did not rule on remedy, but ordered the parties to confer and file a proposed order or briefing schedule by February 21, 2020. Order of February 10, 2020. A copy of the order is attached as Attachment 2.

DATED: February 14, 2020

Respectfully submitted,

/s/ Michael Burger (w/permission)
Michael Burger
Special Counsel
Columbia Environmental Law Clinic
Morningside Heights Legal Services
435 W. 116th St.
New York, NY 10027
(212) 854-2374
mburger@law.columbia.org

*Counsel for Appellants Joe Árvai and Robyn Wilson*

/s/ Neil Gormley
Neil Gormley
Tosh Sagar
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036-2243
(202) 667-4500
ngormley@earthjustice.org
tsagar@earthjustice.org

Patti Goldman
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104
(206) 343-7340
pgoldman@earthjustice.org

*Counsel for Appellants Physicians for Social Responsibility, National Hispanic Medical Association, International Society for Children's Health and the Environment, and Edward Lawrence Avol*