# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Physicians for Social Responsibility, et al.,

v.

Andrew Wheeler

(Type caption of lead case only)

Appeal No. 19-5104

Consolidated Case Nos.

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to file bills of costs out of time.

---

## BILL OF COSTS

Comes now Physicians for Social Responsibility (appellant, [redacted]), (the) (a) prevailing party in Appeal Nos. 19-5104, by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) [redacted] against the following (party) [redacted]

| NAME OF PARTY OR PARTIES | APPEAL NO. |
| --- | --- |
| (1) Andrew Wheeler, Administrator, US EPA | 19-5104 |
| (2) | |
| (3) | |
| (4) | |
| (5) | |

(Use per page, per cover or per volume charges where applicable.)

**MAIN BRIEF**

| | Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| TEXT: | | X | | = | | X | | = | |
| COLOR: | | X | | = | | X | | = | |
| FRONT COVERS: | | X | | = | | X | | = | |
| BACK COVERS: | | X | | = | | X | | = | |
| FASTENERS: | | X | | = | | X | | = | |

AMOUNT $

**REPLY BRIEF (if applicable)**

| | Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| TEXT: | | X | | = | | X | | = | |
| COLOR: | | X | | = | | X | | = | |
| FRONT COVERS: | | X | | = | | X | | = | |
| BACK COVERS: | | X | | = | | X | | = | |
| FASTENERS: | | X | | = | | X | | = | |

AMOUNT $

**APPENDIX**

| | Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| TEXT: | | X | | = | | X | | = | |
| COLOR: | | X | | = | | X | | = | |
| FRONT COVERS: | | X | | = | | X | | = | |
| BACK COVERS: | | X | | = | | X | | = | |
| FASTENERS: | | X | | = | | X | | = | |

AMOUNT $

AMOUNT OF SUBTOTALS $

DOCKETING FEE (if applicable) $ 500.00

TOTAL COSTS TO BE TAXED $ 1,085.50 * see accompanying statement

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

| Neil Gormley | /s/ Neil Gormley |
|---|---|
| Typed Name of Counsel | Signature of Counsel |

1001 G Street, NW, Ste. 1000

Counsel's Address

Washington, DC 20001

( 202 ) 667-4500

Counsel's Telephone Number

**VERIFICATION ***

State of )
) SS:
County of )

COMES NOW ______________________, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ___ day of ___________, 20___.

______________________

Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

**STATEMENT REGARDING BILL OF COSTS**

Appellants Physicians for Social Responsibility, et al. ("Scientists"), submit this bill of costs claiming reimbursement of actual costs incurred, which are less than those allowable under Circuit Rule 39. Scientists submit Invoice 000406, totaling $272.48 and attached as Attachment 1, for production of the joint appendix. Scientists also submit Invoice 000407, totaling $360.78 and attached as Attachment 2, for production of Scientists' opening brief, addendum to opening brief, and reply brief. Scientists claim reimbursement of only $313.02 out of the $360.78 shown on Invoice 000407, which is the fraction that corresponds to the printing of Scientists' briefs.

Accordingly, the costs sought are $1,085.50, consisting of: $585.50 for production of the joint appendix and Scientists' opening brief, addendum to opening brief, and reply brief; and the docketing fee of $500.

**UNSWORN DECLARATION IN ACCORDANCE WITH 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2020.

/s/ Neil Gormley
Neil Gormley

# Attachment 1

**Case Team Solutions LLC**
1100 H Street NW, Suite M100
Washington, DC 20005 US
billing@caseteamsolutions.com

**BILL TO**
Robyn Winz
Earthjustice
625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036

# INVOICE 000406

**DATE** 12/22/2019 **TERMS** Net 30

**DUE DATE** 01/21/2020

**CLIENT MATTER NUMBER**
3557

**ORDERED DATE**
12/13/2019

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bind: Coil | 8 | 4.26 | 34.08T |
| Print: B&W with Assembly | 2,328 | 0.10 | 232.80T |
| Print: Cardstock | 16 | 0.35 | 5.60T |

Please remit payment to the above address.

| | |
|---|---|
| SUBTOTAL | 272.48 |
| TAX | 0.00 |
| TOTAL | 272.48 |
| TOTAL DUE | $272.48 |

Client has 30 days from receipt of Case Team Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Case Team Solutions Tax ID: 83-1444546

# Attachment 2

Case Team Solutions LLC
1100 H Street NW, Suite M100
Washington, DC 20005 US
billing@caseteamsolutions.com

**BILL TO**
Robyn Winz
Earthjustice
625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036

# INVOICE 000407

**DATE** 12/22/2019 **TERMS** Net 30

**DUE DATE** 01/21/2020

**CLIENT MATTER NUMBER**
3557

**ORDERED DATE**
12/20/2019

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bind: Coil | 33 | 4.26 | 140.58T |
| Print: B&W with Assembly | 1,971 | 0.10 | 197.10T |
| Print: Cardstock | 66 | 0.35 | 23.10T |

Please remit payment to the above address.

| | |
|---|---|
| SUBTOTAL | 360.78 |
| TAX | 0.00 |
| TOTAL | 360.78 |
| TOTAL DUE | $360.78 |

Client has 30 days from receipt of Case Team Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Case Team Solutions Tax ID: 83-1444546